**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

STEVEN CHARLES SETTER,

    Plaintiff,

v.

JOHN T. WILCHER, et al.;

    Defendants.

CIVIL ACTION NO.: 4:19-cv-171

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's October 15, 2019 Report and Recommendation, (doc. 4), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 4), as the opinion of the Court and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 4th day of December, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA