# United States District Court
## Southern District of Georgia

STEVEN CHARLES SETTER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-171

JOHN T. WILCHER, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated December 4, 2019, adopting the U.S. Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing Plaintiff's complaint without prejudice.

This case stands closed.

Approved by: _____

December 11, 2019 — Date

Scott L. Poff — Clerk

(By) Deputy Clerk